UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELVIN BURTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-0239** |
| **JEFF LANDRY, WARDEN** | **SECTION: "L"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Melvin Burton for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 8th day of June, 2021.

*/s/ Eldon E. Fallon*
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**